AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Thomas Sieczka                        **JUDGMENT IN A CIVIL CASE**

       v.                                      Case Number: 07 C 1849

Canadian Pacific Railway System, et

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment [25] is Granted.

                                                           Michael W. Dobbins, Clerk of Court

Date: 9/23/2008                               _____
                                                           /s/ Theresa B. Kinney, Deputy Clerk